

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00177-CV
_____

HICKS AIRPORT PILOTS ASSOCIATION, Appellant

V.

BARBARA ANN BRUNSON, KEVIN BRUNSON, RIO CONCHO AVIATION,
INC., SOUTHLAKE HOSPITALITY, INC. D/B/A WING IT CAFE!, AND
BARBIE LAND DEVELOPMENT, INC., Appellees

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-316827-20

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Cross-Appellants Motion to Voluntarily Dismiss Cross-Appeal." We grant the motion and dismiss the cross-appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  September 11, 2025